# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2328
_____

John Doe

*Plaintiff - Appellant*

v.

University of Arkansas; University of Arkansas Board of Trustees; Donald R.
Bobbitt; University of Arkansas Medical Sciences

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: January 30, 2018
Filed: March 2, 2018
[Unpublished]
_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

John Doe appeals the district court's[1] pre-service denial of his motion to file suit under a pseudonym, and dismissal of his complaint alleging discrimination based on his bipolar disorder diagnosis. Having reviewed the record and Doe's arguments on appeal, we find no abuse of discretion. See Doe v. Vill. of Deerfield, 819 F.3d 372, 376 (7th Cir. 2016) (standard of review); Doe v. Porter, 370 F.3d 558, 560 (6th Cir. 2004) (standard of review).

Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

———————————————————

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.